NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VERONICA ARGUETA, AS LEGAL REPRESENTATIVE OF HER MINOR SON, JOSHUA ARGUETA,**
*Petitioners-Appellants,*

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee.*

---

2012-5065

---

Appeal from the United States Court of Federal Claims in No. 07-VV-784, Judge Edward J. Damich.

---

**JUDGMENT**

---

CURTIS R. WEBB, Lloyd J. & Curtis R. Webb Attorneys, of Twin Falls, Idaho, argued for petitioners-appellants.

DARRYL R. WISHARD, Trial Attorney, Torts Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, RUPA BHATTACHARYYA, Director, MARK W. ROGERS, Deputy Director, and GABRIELLE M. FIELDING, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


October 10, 2012                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                       Clerk